UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES RIGDON,

    Plaintiff,

v.                                               Case No.  5:10-cv-130-Oc-VMC-TBS

K. CAREY, UNITED STATES OF AMERICA,

    Defendants.
_____

## ORDER

This matter comes before the Court sua sponte.  On March 9, 2012, the district judge granted Plaintiff's Motion for Appointment of Counsel and directed the undersigned to appoint counsel to represent Plaintiff in this case.  (Doc. 51).  Upon consideration of the foregoing, the undersigned hereby APPOINTS Richard S. Dellinger, Esq. to represent Plaintiff for all further purposes in this action.  The Court notes that Mr. Dellinger, a member in good standing of the Middle District of Florida bar, has consented to the appointment.  The Clerk is directed to ADD Mr. Dellinger to CM/ECF as Counsel of Record.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on March 15, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

Counsel for Defendants

Plaintiff at his last known address

Mr. Richard S. Dellinger
215 North Eola Drive
Orlando, Florida 32801